UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 18-20025 |
| WILLIAM GOODWILL, | |
| Defendant. | |

FILED
JAN 28 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## NOTICE OF CONDITIONAL PLEA

The defendant hereby provides notice pursuant to Rule 11(a)(2) of his intent to plead guilty to the Superseding Indictment, reserving in writing the right to appeal this Court's denial of his motion to suppress evidence, with the consent of the Court and the Government.

s/William Goodwill

William Goodwill
Defendant

s/Elisabeth Pollock

Elizabeth Pollock
Assistant Federal Public Defender

The government hereby consents to this conditional plea pursuant to Rule 11(a)(2).
s/Ryan Finlen

C. Ryan Finlen
Assistant United States Attorney