**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | Case No.  18-20025 |
| | ) | |
| **WILLIAM A. GOODWILL** | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, FED. R. CRIM. P. and CDIL Rule 72.1(A)(24).  The Defendant entered a plea of guilty to Count 1s of the Superseding Indictment.  This plea is conditional with defendant reserving the right to appeal the Court's denial of his motion to suppress evidence.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to the charge, and that the offense charged is supported by an independent factual basis containing each of the essential elements of said offense.  I therefore recommend that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

ENTERED this 29th day of January, 2019

s/ Eric I. Long
ERIC I. LONG
U.S. MAGISTRATE JUDGE