E-FILED
Tuesday, 10 November, 2020  08:47:57 AM
Clerk, U.S. District Court, ILCD
39,APPEAL

# U.S. District Court
# CENTRAL DISTRICT OF ILLINOIS (Urbana)
# CRIMINAL DOCKET FOR CASE #: <u>2:18–cr–20025–SEM–EIL</u>–1

Case title: USA v. Goodwill
Magistrate judge case number:  2:18–mj–07101–EIL

Date Filed: 06/06/2018
Date Terminated: 10/30/2020

Assigned to: Judge Sue E.
Myerscough
Referred to: Magistrate Judge Eric
I. Long

**Defendant (1)**

| | | |
|---|---|---|
| **William A Goodwill**<br>*TERMINATED: 10/30/2020* | represented by | **Johanes Christian Maliza**<br>FEDERAL PUBLIC DEFENDER<br>600 E Adams<br>2nd Floor<br>Springfield, IL 62701<br>217–492–5070<br>Fax: 217–492–5077<br>Email: johanes_maliza@fd.org<br>*TERMINATED: 09/23/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**William L Vig**<br>VIG LAW<br>1100 South 5th Street<br>Springfield, IL 62703<br>217–241–5628<br>Fax: 217–525–0901<br>Email: bill@vig–law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Christopher L Amero**<br>HAWKINS AMERO & ROOT<br>Suite 2<br>202 S Franklin Street<br>Decatur, IL 62523<br>217–791–5952<br>Fax: 217–422–2591 |

Email: chris@amerolaw.com
*TERMINATED: 09/21/2018*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Douglas J Quivey**
FEDERAL PUBLIC DEFENDER
600 E Adams
3rd Floor
Springfield, IL 62701
217–492–5070
Fax: 217–492–5077
*TERMINATED: 05/15/2019*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=NP.F; NARCOTICS – POSSESSION. On or about 5/16/18, in Macon County, the defendant did knowingly possess with the intent to distribute at least 500 grams of cocaine in violation of 21 U.S.C. § 841(a)(1)& 841(b)(1)(B)(ii). (1s) | Defendant sentenced to 120 months imprisonment to run concurrently to any sentence imposed in U.S. District Court, CDIL Case No. 03–20104–001; 8 year term of supervised release imposed; and $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=ND.F; NARCOTICS – SELL, DISTRIBUTE, OR DISPENSE. On or about 5/16/2018, in Macon County, the defendant did knowingly possess with the intent to distribute at least 500 grams of cocaine, in violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(ii). (1) | Dismissed upon sentencing under Superseding Indictment. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

21:841A=ND.F On or about
5/16/2018 in Macon County, IL
defendant did possess 500 or more
grams of cocaine with the intent to
distribute it in violation of 21 USC
841(a)(1) and (b)(1)(B).

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ryan Finlen** |
| | | US ATTY |
| | | 201 South Vine |
| | | Urbana, IL 61802 |
| | | 217–373–5875 |
| | | Email: ryan.finlen@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/18/2018 | 1 | | COMPLAINT as to William Goodwill (1). (KM, ilcd) [2:18–mj–07101–EIL] (Entered: 05/18/2018) |
| 05/18/2018 | 2 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT Complaint UNREDACTED** (KM, ilcd) [2:18–mj–07101–EIL] (Entered: 05/18/2018) |
| 05/23/2018 | | | TEXT ORDER as to William Goodwill Entered by Magistrate Judge Eric I. Long on 5/23/18. Initial Appearance set for 5/23/2018 at 3:00 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | 4 | | **+ + PRETRIAL SERVICES REPORT** as to William Goodwill (Appenzeller, Kara) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | | | ORAL MOTION to Unseal Case by USA as to William Goodwill. (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | | | TEXT ORDER Entered by Magistrate Judge Eric I. Long on 5/23/18 granting Oral Motion to Unseal Case as to William Goodwill (1) at hearing held 5/23/18. (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | | | Arrest of William Goodwill (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | | | ORAL MOTION to Continue Preliminary Hearing by William Goodwill. (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | | | ORAL MOTION for Detention by USA as to William Goodwill. (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | | | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held 5/23/18 before Magistrate Judge Eric I. Long. Appearance of AUSA Eugene Miller for Government. Appearance of WILLIAM GOODWILL in person. Cause called for Initial Appearance. Defendant advised of rights, including right to counsel. Defendant requests court appointed counsel and files financial affidavit. Court finds defendant qualifies and appoints the Federal Defender's Office. AFPD Colleen Ramais present in court and indicates that Johanes Maliza will be lead counsel. Cause called for Preliminary Hearing. Oral motion by defendant to continue Preliminary Hearing; granted. Preliminary Hearing set for 6/6/2018 at 2:30 PM before Magistrate Judge Eric I. Long. Oral motion by Government for Detention. Cause called for Detention Hearing. Defendant waives detention hearing. Court accepts waiver as knowing and voluntary. Court grants oral motion for detention and orders defendant detained pending further proceedings. Written order to be entered. Oral motion by Government to unseal case. No objection by defendant. Oral motion granted and CASE ORDERED UNSEALED. Defendant remanded to the custody of the US Marshal. (Tape #UR–B 3:04 PM.) (SKR, ilcd) Modified on 5/31/2018 to remove telephone information regarding preliminary hearing (SKR, ilcd). [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | 5 | CJA 23 Financial Affidavit by William Goodwill (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | 6 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT Financial Affidavit UNREDACTED** (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/23/2018 | 7 | ORDER OF DETENTION as to William Goodwill Entered by Magistrate Judge Eric I. Long on 5/23/18. SEE WRITTEN ORDER. (SKR, ilcd) [2:18–mj–07101–EIL] (Entered: 05/23/2018) |
| 05/25/2018 | 8 | Arrest Warrant Returned Executed on 5/23/18 as to William Goodwill. (TC, ilcd) [2:18–mj–07101–EIL] (Entered: 05/25/2018) |
| 06/06/2018 | 9 | INDICTMENT as to William Goodwill (1) count 1. (DS, ilcd) (Entered: 06/06/2018) |
| 06/06/2018 | 10 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT INDICTMENT UNREDACTED** (DS, ilcd) (Entered: 06/06/2018) |
| 06/06/2018 | 11 | **+++ SEALED DOCUMENT – DEFENDANT INFORMATION SHEET.** (DS, ilcd) (Entered: 06/06/2018) |
| 06/06/2018 | | TEXT ORDER as to William Goodwill Entered by Magistrate Judge Eric I. Long on 6/6/18. The Preliminary Hearing on 6/6/18 at 2:30 PM is VACATED. Due to the filing of an Indictment, the matter is set for Arraignment on 6/11/2018 at 10:45 AM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (SKR, ilcd) (Entered: 06/06/2018) |
| 06/11/2018 | | Minute Entry for proceedings held 6/11/2018 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Ryan Finlen. Appearance of the Defendant WILLIAM A GOODWILL in person and with appointed counsel, AFPD Johanes Maliza. Arraignment as to William A Goodwill (1) Count 1 held. Defendant sworn; advised of charges and possible penalties. Defendant pleads not guilty to Indictment. Scheduling Order to be entered. Defendant is remanded to the custody of the US Marshal. (Tape #UR–B 10:48 AM.) (DS, ilcd) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/11/2018) |
| 06/11/2018 | 12 | | SCHEDULING ORDER entered by Magistrate Judge Eric I. Long on 6/11/2018. The Pretrial Conference is set for 7/23/2018 at 11:30 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. Jury Selection/Jury Trial is set for 7/31/2018 at 9:00 AM in Courtroom A in Urbana before Judge Colin Stirling Bruce. See written Order. (DS, ilcd) (Entered: 06/11/2018) |
| 06/12/2018 | 13 | | MOTION for Recusal by William A Goodwill. (Maliza, Johanes) (Entered: 06/12/2018) |
| 06/13/2018 | | | TEXT ORDER entered by Judge Colin Stirling Bruce on 6/13/2018. Defendant's Motion for Recusal 13 is GRANTED. The motion is well taken because in this instance, the court recalls the defendant from the prior prosecution referenced in the motion. Pursuant to instructions from Chief Judge James E. Shadid, this matter is reassigned to U.S. District Judge Sue E. Myerscough for further proceedings. (DS, ilcd) (Entered: 06/13/2018) |
| 06/13/2018 | | | Case as to William A Goodwill Reassigned to Judge Sue E. Myerscough. Judge Colin Stirling Bruce no longer assigned to the case. (DS, ilcd) (Entered: 06/13/2018) |
| 06/26/2018 | | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: On June 13, 2018, this case was reassigned to United States District Judge Sue E. Myerscough due to the recusal of United States District Judge Colin S. Bruce. The Final Pretrial Conference set for July 23, 2018, at 11:30 a.m. is CONTINUED to Monday, July 30, 2018, at 2:00 p.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Jury Trial set for July 31, 2018, at 9:00 a.m. is CONTINUED to Tuesday, August 7, 2018, at 9:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The parties shall file a motion to continue or submit the following documents and motions by noon on Monday, July 23, 2018: (1) witness lists, exhibit lists, and stipulations; (2) one copy of proposed jury instructions that the parties have agreed upon; (3) separate copies of any party of any disputed jury instructions; (4) an agreed statement of the case; (5) any non–routine voir dire questions; and (6) all pretrial motions. The witness lists shall be filed under seal. The parties shall bring their marked exhibits to the Final Pretrial Conference. Objections to witnesses, exhibits, and jury instructions, as well as responses to pretrial motions, shall be made in writing, with citation to legal authority, by noon on Wednesday, July 25, 2018. Entered by Judge Sue E. Myerscough on 6/26/2018. (MJC, ilcd) (Entered: 06/26/2018) |
| 06/29/2018 | 14 | | NOTICE OF ATTORNEY APPEARANCE: Douglas J Quivey appearing for William A Goodwill (Quivey, Douglas) (Entered: 06/29/2018) |
| 06/29/2018 | 15 | | MOTION *for Appointment of Pro Bono CJA Counsel* by William A Goodwill. (Quivey, Douglas) (Entered: 06/29/2018) |
| 07/02/2018 | | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Before the Court is a Motion for Appointment of Pro Bono CJA Counsel 15 filed by Douglas J. Quivey, counsel for Defendant Goodwill. The motion requests the appointment of Christopher Amero, an attorney on the CJA training panel with an office close to the jail where Defendant is being detained, as pro bono defense counsel in this case. The Motion for Appointment of Pro Bono CJA |

| | | |
|---|---|---|
| | | Counsel 15 is GRANTED. Christopher Amero is appointed as pro bono defense counsel in this case. Entered by Judge Sue E. Myerscough on 7/2/2018. (MJC, ilcd) (Entered: 07/02/2018) |
| 07/24/2018 | 16 | Consent MOTION to Continue *Pretrial Conference and Trial Date* by William A Goodwill. (Maliza, Johanes) (Entered: 07/24/2018) |
| 07/25/2018 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant has filed an Unopposed Motion to Continue Pretrial Conference and Trial Date 16 . Defense counsel needs additional time to review discovery, conduct investigation, and negotiate with the Government. Defendant has conferred with the Government, which has no objection to the motion. Defendant's Unopposed Motion to Continue Pretrial Conference and Trial Date 16 is GRANTED. For the reasons stated in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Final Pretrial Conference set for July 30, 2018, at 2:00 p.m. is CONTINUED to Monday, October 29, 2018, at 10:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Jury Trial set for August 7, 2018, at 9:00 a.m. is CONTINUED to Tuesday, November 6, 2018, at 9:00 a.m. The parties shall file a motion to continue or submit the following documents and motions by noon on Monday, October 22, 2018: (1) witness lists, exhibit lists, and stipulations; (2) one copy of proposed jury instructions that the parties have agreed upon; (3) separate copies from each party of any disputed jury instructions; (4) an agreed statement of the case; (5) any non−routine voir dire questions; and (6) all pretrial motions. The witness lists shall be filed under seal. The parties shall bring their marked exhibits to the Final Pretrial Conference. Objections to witnesses, exhibits, and jury instructions, as well as responses to pretrial motions, shall be made in writing, with citation to legal authority, by noon on Wednesday, October 24, 2018. Entered by Judge Sue E. Myerscough on 7/25/2018. (ME, ilcd) (Entered: 07/25/2018) |
| 09/20/2018 | 17 | MOTION to Withdraw as Attorney by Amero, Christopher L.. by William A Goodwill. (Amero, Christopher) (Entered: 09/20/2018) |
| 09/21/2018 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Before the Court is a Motion to Withdraw as Defendant's Counsel 17 filed by Christopher L. Amero, counsel for Defendant Goodwill. Amero has a direct and irreconcilable conflict of interest that prevents him from representing Defendant Goodwill, who is also represented by the Federal Public Defender's Office. For good cause shown, the Motion to Withdraw as Defendant's Counsel 17 is GRANTED. Accordingly, Christopher L. Amero is granted leave to withdraw as counsel for Defendant Goodwill in this case. The Clerk is DIRECTED to terminate Amero as counsel for Defendant Goodwill. Entered by Judge Sue E. Myerscough on 9/21/2018. (MJC, ilcd) (Entered: 09/21/2018) |
| 09/27/2018 | 18 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to William A Goodwill (Finlen, Ryan) (Entered: 09/27/2018) |
| 10/11/2018 | 19 | Consent MOTION to Continue *Trial, Final Pretrial, Pretrial Motions Deadline* by William A Goodwill. (Maliza, Johanes) (Entered: 10/11/2018) |
| 10/12/2018 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant has filed a Motion to Continue 19 . Defense counsel needs additional time to review |

| | | |
|---|---|---|
| | | discovery, conduct investigation, and negotiate with the Government. Defendant has conferred with the Government, which has no objection to the motion. Defendant's Motion to Continue 19 is GRANTED. For the reasons stated in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Final Pretrial Conference set for October 29, 2018, at 10:00 a.m. is CONTINUED to Monday, January 28, 2019, at 3:00 p.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Jury Trial set for November 6, 2018, at 9:00 a.m. is CONTINUED to Tuesday, February 5, 2019, at 9:00 a.m. The parties shall file a motion to continue or submit the following documents and motions by noon on Friday, January 18, 2019: (1) witness lists, exhibit lists, and stipulations; (2) one copy of proposed jury instructions that the parties have agreed upon; (3) separate copies from each party of any disputed jury instructions; (4) an agreed statement of the case; (5) any non–routine voir dire questions; and (6) all pretrial motions. The witness lists shall be filed under seal. The parties shall bring their marked exhibits to the Final Pretrial Conference. Objections to witnesses, exhibits, and jury instructions, as well as responses to pretrial motions, shall be made in writing, with citation to legal authority, by noon on Wednesday, January 23, 2019. Entered by Judge Sue E. Myerscough on 10/12/2018. (MAS, ilcd) (Entered: 10/12/2018) |
| 01/16/2019 | 20 | MOTION to Continue *Pretrial Conference and Trial Date* by William A Goodwill. (Maliza, Johanes) (Entered: 01/16/2019) |
| 01/17/2019 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant has filed an Unopposed Motion to Continue Pretrial Conference and Trial Date 20 . Defense counsel intends to file a motion to suppress evidence, and the briefing schedule agreed to by the parties sets March 8, 2019, as the deadline for Defendant's reply in support of the suppression motion. Defendant has conferred with the Government, which has no objection to the motion. Defendant's Unopposed Motion to Continue Pretrial Conference and Trial Date 20 is GRANTED. For the reasons stated in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Jury Trial set for February 5, 2019, at 9:00 a.m. is CONTINUED to Tuesday, May 7, 2019, at 9:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Final Pretrial Conference set for January 28, 2019, at 3:00 p.m. is VACATED. An Initial Pretrial Conference is scheduled for Thursday, April 18, 2019, at 2:00 p.m. in Courtroom B in Urbana, Illinois, before United States Magistrate Judge Eric I. Long. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. Entered by Judge Sue E. Myerscough on 1/17/2019. (MJC, ilcd) (Entered: 01/17/2019) |
| 02/12/2019 | 21 | MOTION for Leave to File *Instanter* by William A Goodwill. (Maliza, Johanes) (Entered: 02/12/2019) |
| 02/12/2019 | 22 | |

| | | | |
|---|---|---|---|
| | | | MOTION to Suppress by William A Goodwill. (Maliza, Johanes) (Entered: 02/12/2019) |
| 02/12/2019 | 23 | | STRICKEN PER 2/14/19 TEXT ORDER – MEMORANDUM *of Law in Support of Motion to Suppress* by William A Goodwill re 22 MOTION to Suppress filed by William A Goodwill (Maliza, Johanes) Modified on 2/14/2019 (MJC, ilcd). (Entered: 02/12/2019) |
| 02/12/2019 | 24 | | MOTION to Strike *Docket Entry 23* by William A Goodwill. (Maliza, Johanes) (Entered: 02/12/2019) |
| 02/12/2019 | 25 | | MEMORANDUM *of Law in Support of Motion to Suppress* by William A Goodwill re 22 MOTION to Suppress filed by William A Goodwill (Maliza, Johanes) (Entered: 02/12/2019) |
| 02/13/2019 | | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant's Motion for Leave to File Instanter 21 is GRANTED. The Government is DIRECTED to file a response to Defendant's Motion to Suppress 22 by Tuesday, March 5, 2019. Defendant's reply in support of the suppression motion shall be filed by Tuesday, March 12, 2019. Entered by Judge Sue E. Myerscough on 2/13/2019. (MJC, ilcd) (Entered: 02/13/2019) |
| 02/14/2019 | | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant's Motion to Strike 24 is GRANTED. Accordingly, the Court STRIKES Defendant's Memorandum of Law 23 . The Court will consider Defendant's Memorandum of Law in Support of Motion to Suppress 25 in ruling on Defendant's Motion to Suppress 22 . Entered by Judge Sue E. Myerscough on 2/14/2019. (MJC, ilcd) (Entered: 02/14/2019) |
| 03/04/2019 | 26 | | RESPONSE to Motion by USA as to William A Goodwill re 22 MOTION to Suppress (Attachments: # 1 Exhibit)(Finlen, Ryan) (Entered: 03/04/2019) |
| 04/13/2019 | 27 | | Consent MOTION to Continue *Motions Deadline, Pretrial, and Trial* by William A Goodwill. (Maliza, Johanes) (Entered: 04/13/2019) |
| 04/15/2019 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 4/15/2019. Defendant has filed an Unopposed Motion to Continue Trial Date and Pretrial Conference and to Extend Motion Filing Deadline 27 . Defense counsel indicates that the defense needs additional time to review and review discovery, conduct investigation, and negotiate with the Government. Defense counsel has conferred with the Government, which has no objection to the motion. Defendant's Unopposed Motion to Continue Trial Date and Pretrial Conference and to Extend Motion Filing Deadline 27 is GRANTED. The Jury Trial set for May 7, 2019 is CONTINUED to July 9, 2019, at 9:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Pretrial Conference set for April 18, 2019 a.m. is VACATED. An Initial Pretrial Conference is scheduled for June 21, 2019 at 2:15 PM, in Courtroom B in Urbana, Illinois, before United States Magistrate Judge Eric I. Long. For the reasons stated in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. See 18 U.S.C. 3161(h)(7)(A). In particular, the Court finds that failure to grant such a continuance would deprive counsel for the Defendant the reasonable time necessary for effective preparation for trial and to negotiate a potential resolution of this case with the Government, taking into account the exercise of due diligence. Time excluded from May 7, 2019, to July 9, 2019. If |

| | | |
|---|---|---|
| | | the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. (DS, ilcd) (Entered: 04/15/2019) |
| 04/23/2019 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: The Court hereby schedules an evidentiary hearing on Defendant's Motion to Suppress 22 for Wednesday, May 15, 2019, at 10:00 a.m. in Courtroom I in Springfield, Illinois. Defendant shall be physically present at the hearing. Entered by Judge Sue E. Myerscough on 4/23/2019. (GL, ilcd) (Entered: 04/23/2019) |
| 05/15/2019 | | Attorney update in case as to William A Goodwill. Attorney Douglas J Quivey terminated by Court at Evidentiary Hearing. (DM, ilcd) (Entered: 05/15/2019) |
| 05/15/2019 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: EVIDENTIARY HEARING as to Defendant William A. Goodwill held on 5/15/2019. AUSA Ryan Finlen present on behalf of Government. Defendant present in custody with AFPD Johanes Maliza. Court sua sponte terminated Attorney Douglas Quivey from case. Witnesses called, sworn and questioned. Evidence marked and admitted. Request for written briefing allowed. Parties to file simultaneous briefs by 5:00 P.M. on May 29, 2019. Reply briefs to be filed by June 5, 2019. Defendant remanded to the custody of the U.S. Marshal. Hearing adjourned. (Court Reporter LC (Urbana).) (DM, ilcd) (Entered: 05/15/2019) |
| 05/15/2019 | 28 | EXHIBIT and WITNESS LIST as to Defendant William A Goodwill––Marked by Court at Evidentiary Hearing. (DM, ilcd) (Entered: 05/15/2019) |
| 05/22/2019 | 29 | MOTION for Extension of Time to File *Post Hearing Briefs* by William A Goodwill. (Maliza, Johanes) (Entered: 05/22/2019) |
| 05/23/2019 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant's Unopposed Motion to Extend Post–Hearing Briefing Schedule 29 is GRANTED. The deadline for the parties' post–hearing briefs on Defendants Motion to Suppress 22 is extended to 5:00 p.m. on Wednesday, June 5, 2019. The deadline for the parties' responses to post–hearing briefs is extended to 5:00 p.m. on Wednesday, June 12, 2019. Entered by Judge Sue E. Myerscough on 5/22/2019. (MAS, ilcd) (Entered: 05/23/2019) |
| 05/23/2019 | 30 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (Motion to Suppress Hearing) as to William A Goodwill held on May 15, 2019, before Judge Sue E. Myerscough. Court Reporter/Transcriber LKC, Telephone number (217) 355–4227. Transcript purchased by: Ryan Finlen and Johanes C. Maliza. **IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may** |

**view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/13/2019. Redacted Transcript Deadline set for 6/24/2019. Release of Transcript Restriction set for 8/21/2019. (MAS, ilcd) (Entered: 05/28/2019)

| 06/03/2019 | 31 | BRIEF *in Opposition to Defendant's Motion to Suppress* by USA as to William A Goodwill (Finlen, Ryan) (Entered: 06/03/2019) |
| 06/04/2019 | 32 | MEMORANDUM *in Support of Motion to Suppress Evidence* by William A Goodwill re 25 Memorandum filed by William A Goodwill (Attachments: # 1 Exhibit a, # 2 Exhibit b, # 3 Exhibit c)(Maliza, Johanes) (Entered: 06/04/2019) |
| 06/12/2019 | 33 | BRIEF *in Opposition to Defendant's Motion to Suppress* by USA as to William A Goodwill re 22 MOTION to Suppress filed by William A Goodwill, 32 Memorandum filed by William A Goodwill (Finlen, Ryan) (Entered: 06/12/2019) |
| 06/14/2019 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 6/14/2019. Due to the conflict in the Court's schedule, the Pretrial Conference set for June 21, 2019, at 2:15 P.M. is RESCHEDULED to June 20, 2019, at 2:15 P.M. in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (DS, ilcd) (Entered: 06/14/2019) |
| 06/15/2019 | 34 | Consent MOTION to Continue *Motions Deadline, Pretrial, and Trial* by William A Goodwill. (Maliza, Johanes) (Entered: 06/15/2019) |
| 06/18/2019 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 6/18/2019. Defendant has filed a Motion to Continue Trial Date and Pretrial Conference and to Extend Motion Filing Deadline 34 . Defense counsel indicates that the defense needs additional time to review and review discovery, conduct investigation, and negotiate with the Government. Defense counsel has conferred with the Government, which has no objection to the motion. Defendant's Motion to Continue Trial Date and Pretrial Conference and to Extend Motion Filing Deadline 34 is GRANTED. The Jury Trial set for July 9, 2019, at 9:00 a.m. is CONTINUED to September 10, 2019, at 9:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Pretrial Conference set for June 20, 2019, is VACATED. An Initial Pretrial Conference is scheduled for August 21, 2019, at 2:45 p.m. in Courtroom B in Urbana, Illinois, before United States Magistrate Judge Eric I. Long. For the reasons stated in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. See 18 U.S.C. 3161(h)(7)(A). In particular, the Court finds that failure to grant such a continuance would deprive counsel for the Defendant the reasonable time necessary for effective preparation for trial and to negotiate a potential resolution of this case with the Government, taking |

| | | |
|---|---|---|
| | | into account the exercise of due diligence. Time excluded from the entry of this order to September 10, 2019. If the parties plan to request a continuance of the trial date, a written motion for continuance stating the basis for the motion shall be filed at least two days prior to the Initial Pretrial Conference. The parties are directed to file a written notice with the Court as soon as possible if this case is likely to go to trial so that the Court can set the matter for a Final Pretrial Conference and set deadlines for pretrial filings. (DS, ilcd) Modified on 6/18/2019 to show correct jury trial date (DS, ilcd). (Entered: 06/18/2019) |
| 08/21/2019 | | Minute Entry for proceedings held 8/21/2019 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Rachel Ritzer. Defendant WILLIAM A GOODWILL present in person and with appointed counsel, AFPD Johanes Maliza. Final Pretrial Conference not held. Status Conference held. Final Pretrial and Jury Trial are vacated. Pretrial Conference is reset for 10/7/2019 at 2:00 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Jury Selection/Jury Trial is reset for 11/5/2019 at 9:00 AM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. The Court finds that the ends of justice have been met pursuant to 18 U.S.C. 3161(h)(7)(A). Time is excluded from 8/21/2019 to 11/5/2019. Defendant is remanded to the custody of the US Marshal. (Tape #UR–B 3:03 PM.) (DS, ilcd) (Entered: 08/21/2019) |
| 08/26/2019 | 35 | NOTICE *of Supplemental Authority* by USA as to William A Goodwill (Attachments: # 1 Exhibit)(Finlen, Ryan) (Entered: 08/26/2019) |
| 08/30/2019 | | TEXT ORDER REASSIGNING CASE: Effective 9/1/2019 this case is reassigned to Judge Michael M. Mihm for further proceedings. Status Conference set for 9/9/2019 at 11:00AM in Courtroom A in Urbana before Judge Michael M. Mihm. Entered by Chief Judge Sara Darrow on 8/30/2019. (MC, ilcd) (Entered: 08/30/2019) |
| 09/04/2019 | | TEXT ONLY ORDER as to William A Goodwill: The status conference scheduled on 9/9/2019 at 11:00 AM is VACATED. Entered by Judge Michael M. Mihm on 9/4/2019. (MNS, ilcd) (Entered: 09/04/2019) |
| 09/27/2019 | 36 | MOTION to Continue *(Unopposed)* by William A Goodwill. (Attachments: # 1 Exhibit A)(Maliza, Johanes) (Entered: 09/27/2019) |
| 09/30/2019 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 9/30/2019. The Court, after considering the unopposed Motion to Continue Pretrial Hearing 36 pursuant to 18 U.S.C. 3161(h)(7)(A), and considering the factors pursuant to 18 U.S.C. 3161(h)(7)(B), grants the Motion and Continues the matter of USA v. Goodwill for Pretrial Conference to December 11, 2019, at 11:15 AM, in Courtroom B in Urbana before Magistrate Judge Eric I. Long and Jury Trial to December 16, 2019, at 8:45 AM in person in Courtroom A in Urbana before United States District Judge Mihm. Based on the Unopposed Motion the Court finds the failure to grant a continuance would deny counsel for the defendant reasonable time for effective preparation and sufficient opportunity to negotiate a possible resolution with the government, taking into account the exercise of due diligence. Therefore, the Court finds the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial and the time between the entry of this order and December 16, 2019, is excludable pursuant to the Speedy Trial Act. The Jury Trial set for November 5, 2019, is vacated. (DS, ilcd) (Entered: 09/30/2019) |

| 10/23/2019 | | | TEXT ORDER REASSIGNING CASE: Entered by Chief Judge Sara Darrow on 10/23/2019. This case reassigned to Judge Sue E. Myerscough for further proceedings. (LN, ilcd) (Entered: 10/23/2019) |
| 11/08/2019 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 11/8/2019. The Final Pretrial Conference is RESCHEDULED to 12/2/19 at 2:15 PM, before Judge Long, Courtroom B, Urbana. The Jury Trial is RESCHEDULED to 12/3/19 at 9:00 AM, before Judge Myerscough, Courtroom I, Springfield. (DS, ilcd) (Entered: 11/08/2019) |
| 12/02/2019 | | | ORAL MOTION to Continue by USA as to William A Goodwill. (DS, ilcd) (Entered: 12/02/2019) |
| 12/02/2019 | | | Minute Entry for proceedings held 12/2/2019 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Ryan Finlen. Defendant WILLIAM A GOODWILL present in person and with appointed counsel, AFPD Elisabeth Pollock. Final Pretrial Conference not held; Status Conference held. Status of case discussed. Oral Motion by defendant to continue pending a ruling on the motion to suppress; granted. The pretrial conference this date and jury trial set for 12/16/19 are vacated. Pretrial Conference is reset for 1/17/2020 at 1:45 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Jury Selection/Jury Trial is reset for 2/4/2020 at 9:00 AM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. Defendant is remanded to the custody of the US Marshal. (Tape #UR−B 1:56 PM.) (DS, ilcd) Modified on 12/2/2019 to correct oral motion (SKR, ilcd). (Entered: 12/02/2019) |
| 01/03/2020 | 37 | | OPINION: Defendant William A. Goodwill's Motion to Suppress (d/e 22 ) is DENIED. (SEE WRITTEN OPINION.) Entered by Judge Sue E. Myerscough on 1/3/2020. (GL, ilcd) (Entered: 01/06/2020) |
| 01/16/2020 | 38 | | MOTION to Continue by William A Goodwill. (Attachments: # 1 Defendant's Consent)(Maliza, Johanes) (Entered: 01/16/2020) |
| 01/16/2020 | | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 1/16/2020. The Court, after considering the unopposed Motion to Continue 38 pursuant to 18 U.S.C. 3161(h)(7)(A), and considering the factors pursuant to 18 U.S.C. 3161(h)(7)(B), grants the Motion and Continues the matter of USA v. Goodwill for Pretrial Conference to February 14, 2020, at 2:00 PM, in Courtroom B in Urbana before Magistrate Judge Eric I. Long and Jury Trial to February 24, 2020, at 8:45 AM, in person in Courtroom A in Urbana before United States District Judge Mihm. Based on the Unopposed Motion the Court finds the failure to grant a continuance would deny counsel for the defendant reasonable time for effective preparation and sufficient opportunity to negotiate a possible resolution with the government, taking into account the exercise of due diligence. Therefore, the Court finds the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial and the time between the entry of this order and February 24, 2020, is excludable pursuant to the Speedy Trial Act. The Jury Trial set for February 4, 2020, is vacated. The pretrial conference set for January 17, 2020 is RESCHEDULED to February 14, 2020, at 2:00 PM. A Change of Plea Hearing is set for January 28, 2020, at 2:30 PM, in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (DS, ilcd) (Entered: 01/16/2020) |
| 01/16/2020 | | | |

| | | |
|---|---|---|
| | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 1/16/2020. The Jury Trial is RESCHEDULED to February 18, 2020, at 9:00 AM, before Judge Myerscough, Courtroom 1 in Springfield. (DS, ilcd) (Entered: 01/16/2020) |
| 01/22/2020 | 39 | SUPERSEDING INDICTMENT as to William A Goodwill (1) count 1s with Special Findings. (DS, ilcd) Modified on 1/24/2020 (KM, ilcd). (Entered: 01/23/2020) |
| 01/22/2020 | 40 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT SUPERSEDING INDICTMENT UNREDACTED** (DS, ilcd) (Entered: 01/23/2020) |
| 01/22/2020 | 41 | **+++ SEALED DOCUMENT – DEFENDANT INFORMATION SHEET.** (DS, ilcd) (Entered: 01/23/2020) |
| 01/23/2020 | 42 | INFORMATION TO ESTABLISH PRIOR CONVICTION by USA as to William A Goodwill (Finlen, Ryan) (Entered: 01/23/2020) |
| 01/23/2020 | | TEXT ORDER entered by Magistrate Judge Eric I. Long on 1/23/2020. An Arraignment on the Superseding Indictment is set for 1/28/2020 at 2:30 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. (DS, ilcd) (Entered: 01/23/2020) |
| 01/28/2020 | 43 | Notice Regarding Entry of Plea and Signed Consent as to William A Goodwill (JMB, ilcd) (Entered: 01/28/2020) |
| 01/28/2020 | 44 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT Notice Re Entry of Plea UNREDACTED** (JMB, ilcd) (Entered: 01/28/2020) |
| 01/28/2020 | 45 | NOTICE of Conditional Plea by William A Goodwill (JMB, ilcd) (Entered: 01/28/2020) |
| 01/28/2020 | 46 | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT Notice of Conditional Plea UNREDACTED** (JMB, ilcd) (Entered: 01/28/2020) |
| 01/28/2020 | | ORAL MOTION for Prior Presentence Investigation Report by William A Goodwill. (JMB, ilcd) (Entered: 01/28/2020) |
| 01/28/2020 | | Minute Entry for proceedings held on 1/28/2020 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Ryan Finlen. Defendant WILLIAM A. GOODWILL present in person and with counsel AFPD Elisabeth Pollock. Arraignment as to William A Goodwill (1) Count 1s held. Defendant sworn; advised of charges and possible penalties. Defendant pleaded not guilty to Superseding Indictment. Change of Plea Hearing as to William A Goodwill held. Notice and consent to plead before Magistrate Judge filed. Notice of Conditional Plea filed. Defendant previously sworn; found competent to enter plea. Defendant advised of rights, charges and possible penalties. Guilty plea entered by defendant to Count 1 of Indictment. Court finds guilty plea knowing and voluntary. Report and recommendation to be entered recommending the District Judge enter judgment on plea of guilty as to Count 1. Pretrial hearing set for 2/14/2020 and jury trial set for 2/18/2020 are VACATED. Sentencing set for 6/1/2020 at 11:00 AM in Courtroom 1 in Springfield before Judge Sue E. Myerscough. Cause referred to US Probation for a presentence investigation report. Oral motion by Defendant to request prior presentence report; no objection by the Government. Oral motion granted. Defendant is remanded to the custody of the US Marshal. (Tape #UR–B: 2:43PM.) (JMB, ilcd) Modified on 1/29/2020 to show that conditional plea is also filed. (JMB, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 01/28/2020) |
| 01/29/2020 | <u>47</u> | REPORT AND RECOMMENDATIONS on Plea of Guilty as to William A Goodwill entered by Magistrate Judge Eric I. Long on 1/29/2020. Objections to R&R due by 2/12/2020. (JMB, ilcd) (Entered: 01/29/2020) |
| 01/29/2020 | <u>48</u> | ORDER on Implementation of Sentencing Guidelines as to William A Goodwill entered by Magistrate Judge Eric I. Long on 1/29/2020. See written order. (JMB, ilcd) (Entered: 01/29/2020) |
| 01/29/2020 | <u>49</u> | **+ +PRESENTENCE INVESTIGATION REPORT from Case No. 03–20104–001** as to William A Goodwill (Merritt, Melissa) (Entered: 01/29/2020) |
| 02/13/2020 | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Pursuant to the Report and Recommendation Concerning Plea of Guilty <u>47</u> entered by United States Magistrate Judge Eric I. Long on January 29, 2020, to which there has been no timely objection, the Court hereby ACCEPTS Defendant William A. Goodwill's plea of guilty to Count 1 of the Superseding Indictment <u>39</u> . Defendant Goodwill is adjudged guilty of this offense. The sentencing hearing for Defendant Goodwill remains set for June 1, 2020, at 11:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. Entered by Judge Sue E. Myerscough on 2/13/2020. (MJC, ilcd) (Entered: 02/13/2020) |
| 04/06/2020 | <u>50</u> | MOTION for Reconsideration *of Detention Orders* by William A Goodwill. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Maliza, Johanes) (Entered: 04/06/2020) |
| 04/06/2020 | <u>51</u> | MOTION for Leave to File *Under Seal* by William A Goodwill. (Maliza, Johanes) (Entered: 04/06/2020) |
| 04/06/2020 | <u>52</u> | **+++ SEALED DOCUMENT.** (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Maliza, Johanes) (Entered: 04/06/2020) |
| 04/07/2020 | | TEXT ORDER as to William A Goodwill: The Court directs the government to respond to the Motion for Pretrial Release <u>50</u> within 24 hours of the entry of this order. Entered by Magistrate Judge Eric I. Long on 4/7/20. (MJZ, ilcd) (Entered: 04/07/2020) |
| 04/07/2020 | <u>53</u> | TEXT ORDER by Magistrate Judge Jonathan E. Hawley as to William A Goodwill (1): Motion Hearing re <u>50</u> MOTION for Reconsideration of Detention Orders is set for 4/14/2020 at 2:45 PM by video conference from Peoria (court to initiate conference) before Magistrate Judge Jonathan E. Hawley. The Court directs the Clerk to issue a video writ for Defendant's participation. Counsel for the government and Defendant should also appear by video and are expected to appear in professional attire. Instructions for the video conference are attached for the attorneys. Additionally, the <u>51</u> Motion for Leave to File is granted and <u>52</u> shall remain sealed. Entered on 4/7/20. (WG, ilcd) (Entered: 04/07/2020) |
| 04/07/2020 | <u>54</u> | NOTICE *of Controlling Authority* by William A Goodwill (Maliza, Johanes) (Entered: 04/07/2020) |
| 04/07/2020 | <u>55</u> | RESPONSE to Motion by USA as to William A Goodwill re <u>50</u> MOTION for Reconsideration *of Detention Orders and Request to Vacate the April 14, 2020, Hearing as Unnecessary for the Reasons Stated Herein.* (Finlen, Ryan) |

| | | | |
|---|---|---|---|
| | | | (Entered: 04/07/2020) |
| 04/08/2020 | 56 | | VACATED. VIDEO WRIT issued for Defendant for Motion Hearing on 4/14/20 at 2:45 PM. (emailed to USM) (DS, ilcd) Modified on 4/8/2020 Motion hearing vacated (KM, ilcd). (Entered: 04/08/2020) |
| 04/08/2020 | | | TEXT ORDER by Magistrate Judge Jonathan E. Hawley denying 50 Defendants motions for reconsideration of Detention Orders. As both the Defendant and the Government acknowledge, the Defendants release or detention is governed by 18 USC 3143(a)(2)(ii), which addresses the release or detention of a defendant pending sentencing. Because the Defendant cannot establish the precondition for release set forth in the statute cited herein, the Court cannot release the Defendant. Accordingly, the Defendants motions are denied and the hearing set 4/14/2020 on the motion is vacated. Entered on 4/8/20. (WG, ilcd) (Entered: 04/08/2020) |
| 04/23/2020 | 57 | | **+ +INITIAL PRESENTENCE INVESTIGATION REPORT** as to William A Goodwill (Brown, Thomas) (Entered: 04/23/2020) |
| 04/24/2020 | 58 | | MOTION to Continue *Sentencing Hearing (Unopposed)* by William A Goodwill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Maliza, Johanes) (Entered: 04/24/2020) |
| 04/27/2020 | | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant William A. Goodwill has filed a Motion to Continue 58 . Defendant is contesting that one of his prior drug convictions can be used to classify him as a career offender under the United States Sentencing Guidelines. Two cases addressing the same argument that Defendant is making in this case are pending in the Seventh Circuit. Judicial resources will be conserved if Defendant's sentencing hearing takes place after the Seventh Circuit renders a decision in one of those cases. Defense counsel has conferred with the Government, which has no objection to the motion. Defendant's Motion to Continue 58 is GRANTED. The sentencing hearing for Defendant Goodwill scheduled for June 1, 2020, at 11:00 a.m. is accordingly CONTINUED to Friday, December 4, 2020, at 11:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. The Court finds that this continuance will not cause "unnecessary delay" or result in unfair prejudice to Defendant Goodwill under Rule 32(b)(1) of the Federal Rules of Criminal Procedure. Entered by Judge Sue E. Myerscough on 4/27/2020. (MJC, ilcd) (Entered: 04/27/2020) |
| 08/06/2020 | 59 | | MOTION to Reset Revocation and Sentencing *(Unopposed)* by William A Goodwill. (Maliza, Johanes) (Entered: 08/06/2020) |
| 08/07/2020 | | | TEXT ORDER as to DEFENDANT WILLIAM A. GOODWILL: Defendant William A. Goodwill's Motion to Reset Revocation and Sentencing 59 , to which the Government does not object, is GRANTED. The sentencing hearing for Defendant Goodwill scheduled for December 4, 2020, at 11:00 a.m. is VACATED and RESET to Friday, September 25, 2020, at 10:00 a.m. in Courtroom I in Springfield, Illinois, before United States District Judge Sue E. Myerscough. Entered by Judge Sue E. Myerscough on 8/7/2020. (MJC, ilcd) (Entered: 08/07/2020) |
| 09/15/2020 | 60 | | MOTION to Continue *Sentencing until After October 16, 2020,* by USA as to William A Goodwill. (Finlen, Ryan) (Entered: 09/15/2020) |

| 09/16/2020 | 61 | | RESPONSE to Motion by William A Goodwill re 60 MOTION to Continue *Sentencing until After October 16, 2020, (Opposition)* (Maliza, Johanes) (Entered: 09/16/2020) |
| 09/18/2020 | 62 | | TEXT ORDER as to DEFENDANT WILLIAM GOODWILL: Before the Court is the Government's Motion to Continue the September 25, 2020 Sentencing and Revocation Hearing 60 , which Defendant opposes 61 . The Court hereby SETS a video hearing on the Government's Motion to Continue 60 for Friday, September 18, 2020, at 1:30 p.m. All participants shall attend the hearing via video conferencing, except that Defendant may attend the hearing via telephone if video conferencing is not available. If necessary, the Clerk shall issue a writ for Defendant's attendance at the hearing. Instructions for the video conference are attached. Entered by Judge Sue E. Myerscough on 9/18/2020. (MJC, ilcd) (Entered: 09/18/2020) |
| 09/18/2020 | 63 | | **+ + REVISED PRESENTENCE INVESTIGATION REPORT** as to William A Goodwill (Brown, Thomas) (Entered: 09/18/2020) |
| 09/18/2020 | 64 | | **+++ SENTENCING RECOMMENDATION** as to William A Goodwill. (Brown, Thomas) (Entered: 09/18/2020) |
| 09/18/2020 | | | Minute Entry for proceedings held before Judge Sue E. Myerscough: MOTION HEARING re Motion to Continue Final Revocation and Sentencing 60 as to Defendant William A. Goodwill held on 9/18/2020. AUSA Ryan Finlen present via video on behalf of Government. Defendant present via video from a detention facility. AFPD Johanes Maliza present via video on behalf of Defendant. Discussion held as to Government caseload with clarification given. Position of AFPD Maliza given. By agreement of parties, previously scheduled hearings will be conducted by video on Friday, September 25, 2020 at 10:00 AM before Judge Sue E. Myerscough. Written consent to be filed of record. Court adjourned. (Court Reporter KS.) (DM, ilcd) (Entered: 09/18/2020) |
| 09/18/2020 | 65 | | VIDEO WRIT issued for William Goodwill Sentencing Hearing set for 9/25/2020 at 10am before Judge Sue E. Myerscough in Springfield. Writ forwarded to USMS per instructions. (SKN, ilcd) (Entered: 09/18/2020) |
| 09/18/2020 | 66 | | Consent MOTION for Hearing *via Video (Sentencing)* by William A Goodwill. (Maliza, Johanes) (Entered: 09/18/2020) |
| 09/22/2020 | 67 | | **+ + COURTS PROPOSED CONDITIONS**  as to William A Goodwill. (MJC, ilcd) (Entered: 09/22/2020) |
| 09/22/2020 | 68 | | MOTION to Withdraw as Attorney by Johanes C. Maliza. by William A Goodwill. (Maliza, Johanes) (Entered: 09/22/2020) |
| 09/23/2020 | 69 | | TEXT ORDER: Before the Court is Defendant's Motion for Video Sentencing 66 . Defendant consents to his Sentencing Hearing being by video, beginning immediately after the conclusion of Defendant's Final Revocation Hearing in Case No. 03–cr–20104, scheduled to take place by video conference on September 25, 2020, at 10:00 a.m. The Government does not object. The Court finds that holding the hearing by video conference will avoid unnecessary delay and prevent harm to the interests of justice by ensuring the effective administration of justice, preserving valuable court resources, and providing the defendant, the court, and the public with finality of judgment. The Court also finds that delaying Defendant Goodwill's guilty plea could impact, to |

| | | |
|---|---|---|
| | | Defendant's detriment, his eligibility for educational, vocational, or drug treatment programming or any credit for time served that the Bureau of Prisons applies to any term of imprisonment imposed by the Court. Additionally, the Court finds that holding the hearings by video will ensure the continued protection of the community by preventing the spread of COVID–19. The Court hereby GRANTS the Motion for Video Sentencing <u>66</u> . The Court DENIES AS MOOT the Government's Motion to Continue <u>60</u> . The Court hereby modifies Defendant's Sentencing Hearing in that the hearing will be conducted by video conferencing. All other details relating to the hearings remain the same. All participants, including Defendant Goodwill, shall attend the hearing via video conferencing. Instructions for the video conference are attached. Entered by Judge Sue E. Myerscough on 9/22/2020. (MJC, ilcd) (Entered: 09/23/2020) |
| 09/23/2020 | <u>70</u> | +++ **SEALED COMMENTARIES ON SENTENCING FACTORS** by William A Goodwill. (Attachments: # <u>1</u> Exhibit Character Letters, # <u>2</u> Exhibit Mitigation Report)(Maliza, Johanes) (Entered: 09/23/2020) |
| 09/23/2020 | | TEXT ORDER as to DEFENDANT GOODWILL: Before the Court is a Motion to Withdraw as Counsel <u>68</u> filed by Assistant Federal Public Defender Johanes Maliza, counsel for Defendant William Goodwill. The Federal Public Defender's Office has a direct and irreconcilable conflict of interest that precludes its continued representation of Defendant Wooden in this case. For good cause shown, the Motion to Withdraw as Counsel <u>68</u> is GRANTED. Accordingly, AFPD Maliza is granted leave to withdraw as counsel for Defendant Goodwill in this case. The Clerk is DIRECTED to terminate AFPD Maliza as counsel for Defendant Goodwill. The Court appoints William Vig, of Vig Law, P.C., Springfield, Illinois, as counsel for Defendant Goodwill under the Criminal Justice Act. Given AFPD Maliza's withdrawal as defense counsel, and the scheduling conflicts outlined in the Government's Motion to Continue Sentencing <u>60</u> , the Final Revocation and Sentencing hearings set for September 25, 2020, at 10:00 a.m. are CONTINUED to Monday, October 26, 2020 at 1:30 p.m. Entered by Judge Sue E. Myerscough on 9/23/2020. (MJC, ilcd) (Entered: 09/23/2020) |
| 10/25/2020 | <u>72</u> | +++ **SEALED DOCUMENT.** (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Vig, William) (Entered: 10/25/2020) |
| 10/25/2020 | <u>73</u> | MEMORANDUM *of Law Concerning the Definition of U.S.S.G. § 4B1.2(b) and the Existing Circuit Split* by William A Goodwill (Vig, William) (Entered: 10/25/2020) |
| 10/26/2020 | <u>74</u> | VIDEO WRIT issued for Defendant Goodwill's video participation at the Sentencing Hearing set on 10/26/2020 at 1:30 PM before Judge Sue E. Myerscough. (Copy emailed to USM) (DM, ilcd) (Entered: 10/26/2020) |
| 10/26/2020 | <u>75</u> | Character Letter from Renee Goodwill (Vig, William) (Entered: 10/26/2020) |
| 10/26/2020 | <u>76</u> | Character Letter from Stephanette Bond (Vig, William) (Entered: 10/26/2020) |
| 10/26/2020 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: SENTENCING HEARING held on 10/26/2020 as to Defendant William A. Goodwill. AUSA Ryan Finlen present via video on behalf of Government. Defendant present via video from a detention facility. Attorney William Vig present via video on behalf of Defendant. Court and court personnel present via video and audio. Acknowledgment made by Defendant as to video appearance |

| | | | |
|---|---|---|---|
| | | | and waiver of his right to physical appearance. Defendant advised of procedural rights, right to speak with counsel/Court and public access. Court found waiver knowing and voluntary. Objection to the Revised PSR acknowledged with arguments of counsel stated. Objection overruled. Defendant acknowledged and affirmed prior conviction. Without further objection, Court adopted the factual findings of the Revised PSR. Defendant stated he met with his counsel for review of Court's proposed discretionary Supervised Release conditions and had initialed and signed same. Notice by Court taken as to character letters filed on behalf of Defendant. Arguments of counsel made as to imposition of sentence. Defendant exercised his right of allocution and addressed the Court. Court noted that the Guidelines were advisory and not mandatory. Defendant sentenced to 120 months imprisonment to run concurrently to any sentence imposed in U.S. District Court, CDIL Case No. 03–20104–001; 8 year term of supervised release imposed; and $100 special assessment. Mandatory conditions read of record. Court imposed its discretionary conditions of Supervised Release and justifications therein. Oral waiver by parties as to the reading of same in open court. Court proceeded to the Final Revocation Hearing in Case No. 03–20104. Rights of Appeal given. Defendant remanded to the custody of the U.S. Marshals. Hearing adjourned. (Court Reporter KS.) (DM, ilcd) (Entered: 10/27/2020) |
| 10/27/2020 | | | Notice of Docket Modification re 71 Sentencing Memorandum: Document sealed as Sentencing Commentaries are to be filed under seal. (MJC, ilcd) (Entered: 10/27/2020) |
| 10/30/2020 | 77 | 25 | JUDGMENT as to William A Goodwill: Defendant sentenced to 120 months imprisonment to run concurrently to any sentence imposed in U.S. District Court, CDIL Case No. 03–20104–001; 8 year term of supervised release imposed; and $100 special assessment. Entered by Judge Sue E. Myerscough on 10/30/2020. (DM, ilcd) (Entered: 10/30/2020) |
| 10/30/2020 | 78 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT––JUDGMENT–– UNREDACTED** (DM, ilcd) (Entered: 10/30/2020) |
| 10/30/2020 | 79 | | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to William A Goodwill. (DM, ilcd) (Entered: 10/30/2020) |
| 10/30/2020 | 80 | | **+ + COURT'S CONDITIONS OF SUPERVISED RELEASE** as to William A Goodwill––Signed and initialed by Defendant. (DM, ilcd) (Entered: 10/30/2020) |
| 11/09/2020 | 81 | 19 | NOTICE OF APPEAL by William A Goodwill re 77 Judgment, (Vig, William) (Entered: 11/09/2020) |
| 11/09/2020 | 82 | 22 | DOCKETING STATEMENT by William A Goodwill re 81 Notice of Appeal – Final Judgment. (Vig, William) (Entered: 11/09/2020) |

E-FILED
Monday, 09 November, 2020  10:39:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 18-20025-SEM-EIL |
| WILLIAM A. GOODWILL, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, WILLIAM A. GOODWILL, appeals to the United States Court of Appeals for the Seventh Circuit from the conviction, judgment, and order of the district court imposed on October 26, 2020, and entered on October 30, 2020, sentencing the Defendant to a term of imprisonment of 120 months in the United States Bureau of Prisons for the offense of Possession of Cocaine with the Intent to Distribute in violation of 21 USC § 841(a)(1) and 841(b)(1)(B).

Respectfully submitted,

WILLIAM GOODWILL, Defendant

By: s/ William L. Vig

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ William L. Vig

E-FILED
Monday, 09 November, 2020  10:41:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                            No. 18-20025-SEM-EIL

WILLIAM A. GOODWILL,

      Defendant.

## CIRCUIT RULE 3(c) DOCKETING STATEMENT

COMES NOW Defendant-Appellant WILLIAM A. GOODWILL, by his attorney, William L. Vig, and pursuant to Circuit Rule 3(c), submits the following docketing statement:

1.    The jurisdiction of the United States District Court for the Central District of Illinois, Urbana Division, was founded upon 18 U.S.C. § 3231. A grand jury sitting in the aforementioned district charged the Appellant by indictment with Possession of Cocaine with the Intent to Distribute in violation of 21 USC § 841(a)(1) and 841(b)(1)(B).

2.    The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and is based upon the following particulars:

i.    Date of entry sought to be reviewed: Judgment in a Criminal Case entered on October 30, 2020;

ii.    Filing date of motion for a new trial: n/a

iii.    Disposition of motion and date of entry: n/a

iv.   Filing date of notice of appeal: November 9, 2020.


Respectfully submitted,

WILLIAM GOODWILL, Defendant


By: s/ William L. Vig

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ William L. Vig

E-FILED
Friday, 30 October, 2020  04:34:48 PM
Clerk, U.S. District Court, ILCD

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### Central District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| WILLIAM A. GOODWILL | ) | Case Number:  18-20025-001 |
| | ) | USM Number:  14116-026 |
| | ) | |
| | ) | William L. Vig |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1s

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1) and 841(b)(1)(B) | Possession of Cocaine with the Intent to Distribute | 5/16/2018 | 1s |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    Count 1 of the Indictment    ☑ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/26/2020
Date of Imposition of Judgment

s/ Sue E. Myerscough
Signature of Judge

SUE E. MYERSCOUGH, U.S. District Judge
Name and Title of Judge

10/30/2020
Date

AO 245B (Rev. 09/17)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT:  WILLIAM A. GOODWILL
CASE NUMBER:  18-20025-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

120 months to run concurrently with the sentence imposed in U.S. District Court, Central District of Illinois, case number 03-20104-001.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant serve his sentence at the BOP facilty in Terre Haute, Indiana or Rochester, Minnesota, if possible.
2. That the defendant serve his sentence in a facility that will allow him to participate in the Residential Drug Abuse Program (RDAP) and RRC Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the Bureau of Prisons.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:   WILLIAM A. GOODWILL
CASE NUMBER:   18-20025-001

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

8 years.

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the following conditions:

1.  The defendant shall not knowingly leave the federal judicial district in which he is approved to reside without the permission of the Court.

2.  The defendant shall report to the probation office in the district to which he is released within 72 hours of release from custody.  The defendant shall report to the probation officer in a reasonable manner and frequency as directed by the Court or probation officer.

3.  The defendant shall follow the instructions of the probation officer as they relate to his conditions of supervision.   He shall answer truthfully the questions of the probation officer as they relate to his conditions of supervision, subject to his right against self-incrimination.

4.  The defendant shall notify the probation officer at least ten days prior to, or as soon as he knows about, any changes in residence or any time he leaves a job or accepts a job.

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___7___

DEFENDANT:  WILLIAM A. GOODWILL
CASE NUMBER:  18-20025-001

## ADDITIONAL SUPERVISED RELEASE TERMS

5.  The defendant shall permit a probation officer to visit him at home between the hours of 6 a.m. and 11 p.m., at his place of employment while he is working, or at the locations of his court-ordered treatment providers.  Visits may be conducted at any time if the probation officer has reasonable suspicion to believe that he is in violation of a condition of supervised release or if he or a third party has reported that he is unable to comply with a directive of the probation officer because of illness or emergency.  During any such visit, he shall permit confiscation of any contraband observed in plain view of the probation officer.

6.  The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.  This condition does not prevent him from invoking his Fifth Amendment right against self-incrimination.

7.  The defendant shall not knowingly be present at places where he knows controlled substances are illegally sold, used, distributed, or administered.

8.  The defendant shall not knowingly meet, communicate, or otherwise interact with any person whom he knows to be a convicted felon or to be engaged in, or planning to engage in, criminal activity, unless granted permission to do so by the Court.

9.  The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substance that impairs physical or mental functioning, including street, synthetic, or designer drugs, or any paraphernalia related to any controlled substance or psychoactive substance, except as prescribed by a physician.  He shall, at the direction of the U.S. Probation Office, participate in a program for substance abuse treatment including not more than six tests per month to determine whether he has used controlled or psychoactive substances.  He shall abide by the rules of the treatment provider.  He shall pay for these services, to the extent he is financially able to pay.  The U.S. Probation Office shall determine his ability to pay and any schedule for payment, subject to the court's review upon request.  He shall not be deemed financially able to pay if, at the time he begins receiving substance abuse treatment, he would qualify for court-appointed counsel under the Criminal Justice Act.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____     Date _____

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
               Sheet 3B — Supervised Release

Judgment—Page   5   of    7  

DEFENDANT:   WILLIAM A. GOODWILL
CASE NUMBER:   18-20025-001

## ADDITIONAL SUPERVISED RELEASE TERMS

10.  The defendant shall refrain from excessive use of alcohol, as defined as the legal limit of impairment in the state in which he is located.

11.  The defendant shall, at the direction of the U.S. Probation Office, participate in and successfully complete a cognitive behavioral therapy (CBT) program.  He shall pay for this service, to the extent he is financially able to pay. The U.S. Probation Office shall determine his ability to pay and any schedule for payment, subject to the court's review upon request.  He shall not be deemed financially able to pay if, at the time he begins receiving CBT, he would qualify for court-appointed counsel under the Criminal Justice Act.

12.  The defendant shall not knowingly possess a firearm, ammunition, destructive device as defined in 18 U.S.C. § 921(a)(4), or any object that he intends to use as a dangerous weapon as defined in 18 U.S.C. § 930(g)(2).

13.  The defendant shall make a meaningful attempt to secure lawful and regular employment, defined as a monthly average of at least 30 hours per week, unless excused by the U.S. Probation Office for schooling, training, or other acceptable reason, such as child care, elder care, disability, age, or serious health condition.

AO 245B (Rev. 09/17)   Judgment in a Criminal Case
                       Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___6___ of ___7___

DEFENDANT: WILLIAM A. GOODWILL
CASE NUMBER: 18-20025-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS | $ _____0.00 | $ _____0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 09/17) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:  WILLIAM A. GOODWILL
CASE NUMBER:  18-20025-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ __100.00__  due immediately, balance due

☐  not later than _____ , or
☐  in accordance with  ☐  C,  ☐  D,  ☐  E, or  ☐  F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.